

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00078-CV

**STEVEN CHRISTOPHER CRAIN,**

                                                                **Appellant**

 **v.**

**TINA MARIE CECIL, CHARLES GREGORY CECIL,**
**CHASTITY PARK AND CASTLE HILL**
**POLICE DEPARTMENT,**

                                                                **Appellees**

---

**From the 52nd District Court**
**Coryell County, Texas**
**Trial Court No. COT-1140759**

---

## MEMORANDUM  OPINION

---

Steven Christopher Cain is attempting to appeal from the trial court's February 16, 2012 order declaring him a vexatious litigant and requiring that he post security in the amount of $15,000 by April 9, 2012.  The Order states that failure to pay the required security will result in dismissal of the litigation as to the named defendants.

Appellate courts have jurisdiction over final judgments and only those interlocutory orders deemed appealable by the Texas Legislature.  *Lehmann v. Har-Con*

*Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *James v. Brown*, 2009 Tex. App. Lexis 306 (Tex. App.—Dallas January 16, 2009, no pet.). *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West 2008). A judgment is final for purposes of appeal if it disposes of all pending parties and claims in the record, except as necessary to carry out the decree. *Lehmann v. Har-Con Corp.*, 39 S.W.3d at 195.

Because there is no order of dismissal or final judgment on the merits and there is no statutory exception allowing Crain to appeal the interlocutory order, we dismiss the appeal for want of jurisdiction.


AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 7, 2012
[CV06]